FILED

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

2023 FEB 14  AM 11: 25

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

VICTORIA MOBLEY

VS

JACKSONVILLE SHERRIFFS OFFICE

CASE# 3:23-cv-160-TJC-JBT

COMPLAINT

1.

PLAINTIFF, VICTORIA MOBLEY, A RESIDENT OF DUVAL COUNTY, JACKSONVILLE, FLORIDA LIVES AND RECIEVES MAIL AT 1601 NORTH MAIN STREET UNIT#13214 JACKSONVILLE FLORIDA 32206 AND IS SUBJECT TO JURISDICTION AND VENUE OF THIS HONORABLE COURT.

2.

DEFENDANT, JACKSONVILLE SHERRIFF'S OFFICE A CITY GOVERNMENT AGENCY, IS LOCATED AT 500 EAST BAY STREET SUITE #204 JACKSONVILLE, FLORIDA 32202, AND IS SUBJECT TO JURISDICTION AND VENUE OF THIS HONORABLE COURT.

3.

COMES NOW PLAINTIFF AND STATES THIS: THEIR COMPLAINT AS FOLLOWS TO WIT:

THIS COURT IS EMPOWERED TO HEAR AND TRY THIS CASE BECAUSE IT INVOLVES MULTIPLE CIVIL RIGHTS VIOLATIONS AND HIPPA LAWS.

ON OR ABOUT OCTOBER 2022 OFFICER DIXON AND A SEARGEANT FROM MENTAL HEALTH HEARINGS WITHIN THE COURTHOUSE WERE CALLED TO MENTAL HEALTH DEPARTMENT OF THE DUVAL COUNTY COURTHOUSE AND THEY ANSWERED PLAINTIFF'S CALL. THEY SPOKE WITH PLAINTIFF BUT REFUSED TO DO A WRITTEN REPORT. OFFICER DIXON'S DIRECT SEARGEANT WAS CONTACTED. OFFICER DIXON RETURNED TO THE COURTHOUSE AND PROVIDED PLAINTIFF WITH A CASE NUMBER 599596. AT THIS TIME PLAINTIFF NEEDS THE BODY CAMERA FOOTAGE FROM THE POLICE. HOWEVER, POLICE REFUSE TO RELEASE IT. THE VIDEO HAS EVIDENCE OF JUDICIAL MISCONDUCT AND PERJURY.

THE RELIEF PLAINTIFF IS ASKING FROM THIS COURT IS:

1. AN ORDER MANDATING DEFENDANT TO RELEASE SAID FOOTAGE
2. $500,000.00 IN PUNITIVE DAMAGES FOR UNDUE STRESS
3. A TRIAL BY JURY

STATEMENT OF ACTION TO SHOW CAUSE
PLAINTIFF IS ENTITLED TO RELIEF ON THE FOLLOWI GROUNDS:

1. CONTENTS OF SAID VIDEO HAS EVIDENCE OF CRIMINAL ACTIVITY BY JUDGES AS WELL AS OTHER COURT STAFF AND IS NEEDED FOR OTHER CASES.
2. DEFENDANT WAIVED THEIR RIGHT TO IMMUNITY BY COVERING UP THE JUDGE'S ILLEGAL ACTIVITY.

IN THE INTEREST OF JUSTICE THIS VIDEO SHOULD BE RELEASED TO PLAINTIFF FORTHWITH

WHEREFORE PLAINTIFF NOW PRAYS THIS HONORABLE COURT TO GRANT RELIEF.

*Victoria Mobley* (signature)